IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**WILLIAM MADISON,**

**Defendant.**                              No. 09-30026-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is assistant Federal Public Defender, Dan Cronin's motion to withdraw as counsel for Madison (Doc. 81). Based on the reasons stated in the motion, the Court **GRANTS** the motion to withdraw and **APPOINTS** attorney John Stobbs., 307 Henry Street, Suite 211, Alton, Illinois 62002 to represent Madison. Further, the Court also **GRANTS** Madison's motion for extension of time to file a motion for new trial (Doc. 80). The Court **ALLOWS** Madison forty-five (45) days from the date of the jury verdict, July 14, 2009, to file a motion for new trial.

**IT IS SO ORDERED**.

Signed this 16th day of July, 2009.

/s/    David R. Herndon
**Chief Judge**
**United States District Court**